AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DALE MITCHELL,
        Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, HAROLD CLARKE, DANIEL WILLIAMS, AND MAGGIE MILLER-STOUT,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-0107-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all claims against all Defendants are dismissed with prejudice pursuant to the Order Granting Defendants' Motion for Summary Judgment filed October 3, 2008, Ct. Rec. 48.

October 3, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas